JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL TOLBERT, JR., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL EXPRESS CORPORATION, <br><br> Defendant. | Case No. 2:22-cv-04221-DSF-PD <br><br> Assigned for all Purposes to: Judge Dale S. Fischer <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41** <br><br> Complaint Filed: May 23, 2022 <br> Trial Date: September 19, 2023 |

Pursuant to Stipulation to Dismiss filed by the parties herein, the Court hereby orders the action dismissed in its entirety, with prejudice, each side to bear their own costs and attorney's fees.

SO ORDERED.

DATED: August 15, 2023   By: _____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE